## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

**CHRISTOPHER EVERETT**
**ADC #152664**                                                                 **PLAINTIFF**

**V.**                    **CASE NO. 1:19-cv-102-JM-BD**

**LARRY RING,** *et al.*                                                         **DEFENDANTS**

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Beth Deere.  After carefully considering Mr. Everett's timely objections and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, Defendants' motion for summary judgment (Doc. No. 51) is GRANTED. Mr. Everett's claims are DISMISSED, without prejudice, for failure to exhaust his administrative remedies before filing suit. The motion to accept grievances filed after Mr. Everett filed this lawsuit (Doc. Nos. 59, 64) is denied as moot.

Pending also is Mr. Everett's "motion to request a reason why [his] objection to Document No. 63 has not been put in the court system."  (Doc No. 66).  Document No. 63 is a response filed by Defendants to Mr. Everett's motion to accept a mailed grievance (Doc. No. 59).  Mr. Everett is not entitled to file an objection to a response. This motion (Doc. No. 66) is denied.  Mr. Everett's motion to submit an affidavit in support of his objections to the Proposed Findings and Recommended Disposition (Doc. No. 68) is also DENIED.

IT IS SO ORDERED this 25th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE