**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**BATESVILLE DIVISION**

**CHRISTOPHER EVERETT**
**ADC #152664**                                                                                       **PLAINTIFF**

**V.**               **CASE NO. 1:19-cv-102-JM-BD**

**LARRY RING,** *et al.*                                                                               **DEFENDANTS**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 25th day of June, 2020.

_____
UNITED STATES DISTRICT JUDGE